UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>THONG NGUYEN, )<br>)<br>    Defendant. )<br>) | Crim. No. 22-CR-10279-AK |

**MOTION TO WITHDRAW AS COUNSEL**

Undersigned counsel hereby moves this Court for leave to withdraw as counsel for Defendant Thong Nguyen. In support of this motion, undersigned counsel states as follows:

1. Undersigned counsel was originally appointed to represent Mr. Nguyen in this matter at the initial appearance pursuant to the Criminal Justice Act. *See* Dkt. Entry 14.

2. Mr. Nguyen has subsequently retained private counsel who has entered an appearance and is representing Mr. Nguyen in connection with this matter. *See* Dkt. Entry 71.

WHEREFORE, undersigned counsel respectfully requests leave to withdraw as counsel for Mr. Nguyen in connection with this matter.

                        Respectfully submitted.

                        */s/ Daniel J. Cloherty*
                        Daniel J. Cloherty (BBO# 565772)
                        CLOHERTY & STEINBERG LLP
                        33 Arch Street, Suite 3150
                        Boston, MA  02110
                        617-481-0160
                        dcloherty@clohertysteinberg.com

May 29, 2023

## **CERTIFICATE OF SERVICE**

Undersigned counsel hereby certifies that on this 29th day of May 2023, a true and correct copy of the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/ Daniel J. Cloherty*